| | |
|---|---|
| 1 | Brent N. Mackay |
| 2 | bmackay@rnglawfirm.com<br>Rogers Nemeth Germain PC |
| 3 | 18201 Von Karman Ave.<br>Tenth Floor, Suite 1000 |
| 4 | Irvine, CA  92612<br>Telephone:  (949) 247-7974 |
| 5 | and |
| 6 | Brian R. Iverson |
| 7 | (*pro hac vice application forthcoming*)<br>biverson@bassberry.com |
| 8 | Bass, Berry & Sims PLC<br>1201 Pennsylvania Ave. NW |
| 9 | Suite 300<br>Washington, DC  20004 |
| 10 | Telephone:  (202) 827-2954<br>Facsimile:  (202) 478-0792 |
| 11 | Attorneys for Third-Party Defendants |
| 12 | STUDEBAKER DEFENSE GROUP, LLC,<br>GLENN HILL, and TOM MARX |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| SPRINGFIELD CLINIC, LLP<br><br>  Plaintiff,<br><br>vs.<br><br>PRIMEX CLINICAL LABORATORIES, INC.<br><br>  Defendant.<br><br>PRIMEX CLINICAL LABORATORIES, INC.<br><br>  Third-Party Plaintiff,<br><br>vs.<br><br>TBS BUSINESS SOLUTIONS, INC. and TEWODROS SAHILU<br><br>  Third-Party Defendants. | Case No.  2:21-CV-03595-RSWL-AS<br><br>Hon. Ronald S.W. Lew<br><br>**NOTICE OF MOTION TO DISMISS THIRD-PARTY COMPLAINT OF TBS BUSINESS SOLUTIONS USA INC. AGAINST STUDEBAKER DEFENSE GROUP, LLC, ET AL.**<br><br>**Hearing Information**:<br><br>Date:  January 4, 2022<br>Time: 10:00 a.m. |

| | |
|---|---|
| 1 | TBS BUSINESS SOLUTIONS USA INC. |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | vs. |
| 5 | STUDEBAKER DEFENSE GROUP, LLC, GLENN HILL, TOM MARX, and MOES 1 through 10, inclusive |
| 6 | |
| 7 | Third-Party Defendants. |

**TO TBS BUSINESS SOLUTIONS USA INC. ("TBS") AND COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on January 4, 2022 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Ronald S.W. Lew, United States District Judge in a Courtroom location TBD (to be determined), Studebaker Defense Group LLC ("Studebaker"), Glenn Hill ("Hill"), and Tom Marx ("Marx") (collectively, the "Studebaker Parties") (Hill and Marx, the "Individual Studebaker Defendants") will, and hereby do, respectfully move for to dismiss TBS's Third-Party Complaint (Dkt. No. 29) under Fed. R. Civ. P. 12(b)(6) and 14(a).  As set forth in the Memorandum submitted contemporaneously herewith, the Third-Party Complaint should be dismissed for at least three reasons: (1) TBS has failed to allege facts sufficient to pierce the corporate veil and assert alter ego liability against the Individual Studebaker Defendants; (2) Counts III-XIV fail to state valid claims for relief against any of the Studebaker Parties; and (3) the Third-Party Complaint is improper under Fed. R. Civ. P. 14(a) because TBS has not alleged any viable basis to transfer TBS's own liability to Primex to the Studebaker Parties.

In support of this Motion, Studebaker is concurrently filing a Memorandum of Points and Authorities.  Studebaker may also rely upon such other written or oral argument as may be presented at or before the time this Motion is taken under submission by the Court.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place telephonically on November 30, 2021. TBS opposes this Motion.

Dated: December 1, 2021

Respectfully submitted,

ROGERS NEMETH GERMAIN PC

By: s/Brent N. Mackay
Brent N. Mackay
Attorneys for Third-Party Defendants
STUDEBAKER DEFENSE GROUP LLC, TOM MARX, and GLENN HILL

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, I transmitted a true and correct copy of **NOTICE OF MOTION TO DISMISS THIRD-PARTY COMPLAINT OF TBS BUSINESS SOLUTIONS USA INC. AGAINST STUDEBAKER DEFENSE GROUP, LLC, ET AL.** to the Clerk of the Court using the ECF system. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:.

| | |
|---|---|
| Arash Beral, Esq.<br>Saam Takaloo, Esq.<br>BLANK ROME, LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA 90067<br>Tel: (424) 239-3400<br>Fax: (424) 239-3434<br>aberal@blankrome.com<br>stakaloo@blankrome.com | *Attorneys for TBS BUSINESS SOLUTIONS USA INC. and TEWODROS SAHILU* |
| Houston Murphy Watson, II<br>HOUSTON WATSON PC<br>150<br>2501 South El Camino Real Suite 101<br>San Clemente, CA 92672<br>Telephone: 562-294-9694<br>houston@houstonwatsonlaw.com | *Attorneys for PRIMEX CLINICAL LABORATORIES, INC.* |
| Michael Jaeger, Esq.<br>Zoe K. Wilhelm, Esq.<br>FAEGRE DRINKER BIDDLE AND REATH LLP<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067<br>310-203-4000<br>310-229-1285 (fax)<br>michael.jaeger@faegredrinker.com | *Attorneys for Springfield Clinic, LLP* |

                                      *Julie Jensen*
                                      Julie Jensen