UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINGFIELD CLINIC, LLP,<br><br>      Plaintiff,<br><br>  v.<br><br>PRIMEX CLINICAL LABORATIORIES, INC.,<br><br>      Defendant. | CV 21-3595-RSWL-ASx<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff Springfield Clinic, LLP ("Plaintiff") brings this Action against Defendant Primex Clinical Laboratories, Inc. ("Defendant") for breach of contract, unjust enrichment, money had and received, conversion, negligent misrepresentation, and violation of California Business & Professions Code § 17200.

    Pursuant to this Court's Order Re: Stipulation to Continue Last Day to File Motions Deadline [88], the Final Pretrial Conference was set for January 3, 2023, and the trial is set for January 24, 2023. As of the

1

date of this Order, the parties have failed to comply with Local Rules 16-4, 16-5, 16-6, and 16-7.

Accordingly, Plaintiff is **ORDERED** to show cause in writing by **January 13, 2023,** why this Action should not be dismissed for lack of prosecution.  Counsel for both parties are **ORDERED** to show cause in writing by **January 13, 2023,** why monetary sanctions should not be imposed on them.  The filing of the required pretrial documents shall be deemed a sufficient response to this Order to Show Cause.

**IT IS SO ORDERED.**

DATED: January 6, 2023        ____/S/ RONALD S.W. LEW_____
                              **HONORABLE RONALD S.W. LEW**
                              Senior U.S. District Judge