**FAEGRE DRINKER BIDDLE & REATH LLP**
Zoë K. Wilhelm (SBN 305932)
zoe.wilhelm@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone:  +1 310 203 4000
Facsimile:   +1 310 229 1285

Attorneys for Plaintiff
SPRINGFIELD CLINIC, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINGFIELD CLINIC, LLP,<br><br>    Plaintiff,<br><br>    v.<br><br>PRIMEX CLINICAL LABORATORIES, INC.,<br><br>    Defendant. | Case No. 2:21-cv-03595-RGK-AS<br><br>District Judge:  Hon. R. Gary Klausner<br>Magistrate Judge:  Hon. Alka Sagar<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE** |

Springfield Clinic, LLP is pleased to report that at a mediation held on Monday, June 26, 2023, the parties reached a settlement in principle and are now working to draft and finalize a written settlement agreement.

Dated:  July 10, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

By:  */s/ Zoë K. Wilhelm*
       Zoë K. Wilhelm

*Attorneys for Plaintiff*
SPRINGFIELD CLINIC, LLP